JPML FORM 1A                    DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 335 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT IN DENVER, COLORADO, ON AUGUST 7, 1975

| Date | No. Code | ROBERT E. PRIES, ET AL. |
|---|---|---|
| 1/11/78 | 1 | MOTION, BRIEF -- Plaintiffs' ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ w/cert. of service and Exhibits A through F |
|  |  | SUGGESTED TRANSFEREE DISTRICT: C.D. CALIFORNIA |
|  |  | SUGGESTED TRANSFEREE JUDGE:                            (cds) |
| 1/23/78 | 2 | RESPONSE TO PETITIONER's MOTION TO TRANSFER -- Airesearch Aviation Company w/cert. of svc. (ea) |
| 1/24/78 |  | APPEARANCES -- L. S. CARSEY, ESQ. for The Boeing Co. RICHARD H. CALDWELL FOR Airesearch Aviation Company HOWARD B. BUTLER, JR., ESQ. for Butler, Shepard and Sutton |
| 1/26/78 |  | MOVANTS AMENDED CERTIFICATE OF SERVICE (Attached to No. 1) |
| 1/26/78 |  | APPEARANCE -- GEORGE CLINTON STAFFORD, ESQ. for Robert E. Pries, et al. and Sue Ann Sutton |
| 1/27/78 | 3 | RESPONSE -- U.S.A. with Exhibit & cert. of service (emh) |
| 1/30/78 | 4 | RESPONSE -- Boeing Company with cert. of service (emh) |
| 2/3/78 |  | HEARING ORDER - Setting A-1 thru A-6 for hearing - Feb. 24, 1978 in ~~Miami, Florida (ea)~~ Atlanta, Georgia (ea) |
| 2/6/78 | 5 | RESPONSE -- AIRESEARCH w/cert. of service |
| 2/15/78 | 6 | RESPONSE -- The Boeing Company -- w/cert. of service (cds) |
| 2/22/78 |  | WAIVERS OF ORAL ARGUMENT FOR 2/24/78 HEARING -- Pries, Shelton, Kocar and Sutton by George Clinton Stafford; Butler by Howard B. Butler, Jr. |
| 2/27/78 |  | WAIVER OF ORAL ARGUMENT -- Boeing Co. for 2/24/78 Hearing |
| 3/21/78 |  | LETTERS: RE: BOVA, V. BOEING, 76-H-1706 from Gerald L. Bracht dtd. 3/8/77 and John T. Johnson (dtd. 3/15/78) |
| 3/23/78 |  | OPINION AND ORDER -- Transferring A-1 through A-6 pursuant to 28 U.S.C. §1407 to the District of Colorado for assignment to the Honorable Sherman G. Finesilver for coordinated or consolidated pretrial proceedings -- notified involved judges, clerks and counsel (cds) |
| 4/3/78 |  | ~~Letter from Clerk's Office, District of Colorado signed Yvonne M. Kellog dated 3/30/78 stating Panel Opinion and Order filed on March 28, 1978 and listing docket numbers in the District of Colorado. filed in Special Correspondence MDL-335              (rew)~~ |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 335 -- In re Air Crash Disaster at Stapleton International Airport in Denver, Colorado, on August 7, 1975

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/11/78 | 1 | MOTION/BRIEF -- Plaintiffs Robert E. Pries, et al. w/cert of service and Exhibits A through F. Suggested Transferee District: C.D. California  (cds) |
| 1/23/78 | 2 | RESPONSE -- Airesearch Aviation Company w/cert. of service  (ea) |
| 1/24/78 | | APPEARANCES -- L. S. Carsey, Esq. for The Boeing Co. Richard H. Caldwell for Airesearch Aviation Co. Howard B. Butler, Jr., Esq. for Butler, Shepard and Sutton |
| 1/26/78 | | MOVANTS AMENDED CERTIFICATE OF SERVICE (Attached to No. 1) |
| 1/26/78 | | APPEARANCE -- George Clinton Stafford, Esq. for Robert E. Pries, et al. and Sue Ann Sutton |
| 1/27/78 | 3 | RESPONSE -- U.S.A. w/Exhibit and Cert. of Service  (emh) |
| 1/30/78 | 4 | RESPONSE -- Boeing Co. w/cert of Service  (emh) |
| 2/3/78 | | HEARING ORDER -- Setting A-1 through A-6 for hearing Feb. 24, 1978 Atlanta, Ga. |
| 2/6/78 | 5 | RESPONSE -- AiResearch w/Cert of Service |
| 2/15/78 | 6 | RESPONSE -- The Boeing Co. w/cert of service  (cds) |
| 2/22/78 | | WAIVER OF ORAL ARGUMENT FOR 2/24/78 HEARING -- Pries, Shelton, Kocar and Sutton by George Clinton Stafford; Butler by Howard B. Butler, Jr. |
| 2/27/78 | | WAIVER OF ORAL ARGUMENT -- Boeing Co. for 2/24/78 Hearing |
| 3/21/78 | | LETTERS : Re: Boval v. Boeing, 76-H-1706 from Gerald L. Bracht dtd 3/8/77 and John T. Johnson dtd 3/15/78 |
| 3/23/78 | | CONSENT OF TRANSFEREE COURT |
| 3/23/78 | | OPINION AND ORDER -- Transferring A-1 through A-6 pursuant to 28 U.S.C. §1407 to the District of Colorado for assignment to the Honorable Sherman G. Finesilver for coordinated or consolidated proceedings -- notified involved judges, clerks and counsel  (cds) |
| 12/13/78 | | B-7 Kevin Berry v. Continental Airlines, Inc., D. Oregon, C.A. No. 78-1006   CTO FILED TODAY. Notified involved counsel and Judges.  (emh) |
| 12/26/78 | | NOTICE OF OPPOSITION -- (B-7) -- Plaintiff Kevin Berry (emh) |
| 1/8/79 | 7 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (B-7) Plaintiff Kevin Berry -- w/cert of serv.  (cds) |
| 2/20/79 | | HEARING ORDER -- Setting B-7 Kevin Berry v. Continental Airlines, Inc., D. Oregon, C.A. No. 78-1006 for hearing in the N.D. California on March 23, 1979 (cds) |
| 3/16/79 | | HEARING APPEARANCE: JOHN J. TIGERT, ESQ. FOR U.S.A. |
| 3/16/79 | | WAIVER OF ORAL ARGUMENT: Kevin Berry; Defendant Continental Airlines, Inc.  (cds) |
| 3/29/79 | | ORDER VACATING CONDITIONAL TRANSFER ORDER (B-7) Berry v. Continental Airlines, Inc., D. Oreg., #78-1006 -- Notified involved counsel and judges  (cds) |

DOCKET NO. __335__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT IN DENVER, COLORADO, ON AUGUST 7, 1975

## Summary of Panel Actions

Date(s) of Hearing(s) 2/24/78

Consolidation Ordered 3/23/78     Consolidation Denied _____

Opinion and/or Order 3/23/78

Citation **447 F.Supp 1071**

Transferee District DISTRICT OF COLORADO     Transferee Judge HONORABLE SHERMAN G. FINESILVER

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert E. Pries, et al. v. United States of America | C.D.CAL GRAY | 77-2340-WPG | 3/23/78 | 78-F-346 | 1/15/79 | |
| A-2 | Juliana Shepard Boval v. Boeing Co., et al. | S.D.Tex. (J. Cowan) | 76-H-1706 | 3/23/78 | 78-F-347 | 1/15/79 | |
| A-3 | Janetta Johnson Butler v. Boeing Co., et al. | S.D.Tex. Cowan | 77-H-910 | 3/23/78 | 78-F-348 | 1/15/79 | |
| A-4 | Janetta J. Butler and Juliana Shepard v. United States of America | S.D.Tex Cowan | 77-H-1021 | 3/23/78 | 78OF-349 | 1/13/79 | |
| A-5 | Sue Ann Sutton v. Boeing Co., et al. | S.D.Tex Cowan | 77-H-1249 | 3/23/78 | 78-F-350 | 1/15/79 | |
| A-6 | Christie Wand, et al. v. Boeing Co., et al. | S.D.Tex Cowan | 77-H-1468 | 3/23/78 | 78-F-351 | 1/15/79 | |
| B-7 | Kevin Berry v. Continental Airlines, Inc. oppose 12/13/78 | D. Oreg. Skopil | 78-1006 | | | | Vacated 3/29/79 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 335 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT

IN DENVER, COLORADO, ON AUGUST 7, 1975

| | |
|---|---|
| SUE ANN SUTTON (A-5) | |
| ROBERT E. PRIES, ET AL. (A-1) | UNITED STATES OF AMERICA |
| George Clinton Stafford, Esquire | John J. Tigert, Esquire |
| 424 South Beverly Drive | Aviation Section, Civil Division |
| Beverly Hills, Calif. 90212 | Department of Justice |
| | c/o Box 14201 |
| JULIANA SHEPARD BOVAL (A-2) | Washington, D. C. 20044 |
| Robert F. Stein, Esquire | THE BOEING COMPANY |
| Jamail & Gano | L. S. Carsey, Esquire |
| 3300 One Allen Center | Fulbright & Jaworski |
| Smith at Dallas Streets | Bank of the Southwest Building |
| Houston, Texas 77002 | Houston, Texas 77002 |
| JANETTA JOHNSON BUTLER(A-3) | AIRESEARCH AVIATION CO. |
| JANETTA JOHNSON BUTLER AND JULIANA SHEPARD (A-4) | Richard H. Caldwell, Esquire |
| | Butler, Binion, Rice, |
| Howard B. Butler, Jr., Esquire | Cook & Knapp |
| 9800 Northwest Freeway | 1100 Esperson Building |
| Suite 503 | Houston, Texas 77002 |
| Houston, Texas 77092 | |
| | CONTINENTAL AIRLINES, INC. |
| CHRISTIE WAND (A-6) | Dean DeChaine, Esquire |
| and Intevenor plaintiff | 900 S.W. 5th |
| CONTINENTAL INSURANCE CO. | Portland, Oregon 97204 |
| Charles R. Houssiere, III, Esquire | |
| Thurlow & Hennessy | |
| 723 Main Street, Suite 520 | |
| Houston, Texas 77002 | |
| | |
| KEVIN BERRY (B-7) | |
| William B. Atchison, Esquire | |
| Franklin, Bennett, Ofelt & Jolles | |
| 3232 First National Bank Tower | |
| Portland, Oregon 97201 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 335 -- IN RE AIR CRASH DISASTER AT STAPLETON INTERNATIONAL AIRPORT IN DENVER, COLORADO, ON AUGUST 7, 1975

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE BOEING COMPANY | A-2 A-3 A-5 A-6 |
| AIRESEARCH AVIATION COMPANY | A-2 A-3 A-6 |
| UNITED STATES OF AMERICA | A-1 A-4 |
| Continental Air Lines | B-1 |
| | |
| | |
| | |
| | |
| | |
| | |